4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 05-80955

-vs-        HONORABLE AVERN COHN

        MAGISTRATE JUDGE R. STEVEN WHALEN

- D-1 TERRY LEE FLENORY, a.k.a. "T," "Southwest T," "Paulie," "Randy Jerome Seville," "Terrence Welch," "Terry Lee Brown," & "Terry Williams,"
- D-2 DEMETRIUS EDWARD FLENORY, a.k.a. "Meech," "Rico Seville," "Aundrez Malik Carothers," "Ricardo Santos," & "Ronald B. Ivory,"
- D-3 NEIL JAMIL BAHURA,
- D-4 ARNOLD EDWARD BOYD, JR., a.k.a. "A.R.,"
- D-5 ROY CHRISTOPHER BRADDY, a.k.a. "Four," & "Chris,"
- D-6 CLEVELAND EDWARD CATO, a.k.a. "Cuzo," & "Michael Damien Walker,"
- D-7 ALVIN DEMMINGS, II,
- D-8 BRIAN RONELL GARRETT, a.k.a. "White Boy,"
- D-9 JABARI HAYES, a.k.a. "Kenneth Torry Collins,"
- D-10 ROBERT SHAWN JAMES, a.k.a. "Wimp,"
- D-11 BENJAMIN ANTHONY JOHNSON, a.k.a. "James Lee Belle," "Jeff Wilson," "Marcus Page," "Blanko," & "Blank,"
- D-12 CHAUNCEY MARCEL JOHNSON, a.k.a. "C Bear,"
- D-13 STANLEY LEON LACKEY, JR., a.k.a. "Lucky," & "Demetres Parks,"
- D-14 BRUCE ERNEST MARTIN, a.k.a. "Marcus Moore," & "B-Smooth,"
- D-15 CHARLES THEODORE PARSON,
- D-16 DERRICK KEITH PEGUESE, JR., a.k.a. "Devin Jackson,"
- D-17 RENNEL MAURIS PITTS,
- D-18 KARREAM HASAN SHEARD, a.k.a. "Hasan Sheard," & "Phillip Woodson,"
- D-19 BENJAMIN HENRY SMITH, a.k.a. "Big Ben,"
- D-20 CALVIN LEE SPARKS, a.k.a. "Playboy," "Play," & "Mad Ball,"
- D-21 CHRISTOPHER DELON TRIPLETT, a.k.a. "Chris Dodson," "Pig Triplett," & "Pig,"
- D-22 TONESA LYNETTE WELCH, a.k.a. "Tonesa Mills," & "Toni,"
- D-23 GREGORY RAY WEST, a.k.a. "David Blackmon,"
- D-24 HAROLD STANLEY WILCOX, a.k.a. "June," and
- D-25 KIM VERNELL WILLIAMS, a.k.a. "Auntie Kim,"

        Defendant(s).

_____/

## MOTION TO SEAL INDICTMENT AND ARREST WARRANT

THE UNITED STATES OF AMERICA respectfully requests that the indictment and arrest warrants in this case be sealed for the following reasons:

1. That the United States is apprehensive that the defendants may flee the jurisdiction upon becoming aware that an indictment has been returned.

2. That the United States is apprehensive that there is danger of harm to potential government witnesses if the defendants become aware of the indictment prior to arrest.

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

MICHAEL C. LEIBSON, P24092
Assistant United States Attorney
211 W. Fort #2001
Detroit, Michigan 48226
(313) 226-9615

DATED: October 19, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,          CRIMINAL NO. 05-80955

-vs-                                HONORABLE

D-1   TERRY LEE FLENORY, a.k.a. "T,"
       "Southwest T," "Paulie," "Randy Jerome Seville,"
       "Terrence Welch," "Terry Lee Brown," &
       "Terry Williams,"
D-2   DEMETRIUS EDWARD FLENORY, a.k.a. "Meech,"
       "Rico Seville," "Aundrez Malik Carothers,"
       "Ricardo Santos," & "Ronald B. Ivory,"
D-3   NEIL JAMIL BAHURA,
D-4   ARNOLD EDWARD BOYD, JR., a.k.a. "A.R.,"
D-5   ROY CHRISTOPHER BRADDY, a.k.a. "Four," & "Chris,"
D-6   CLEVELAND EDWARD CATO, a.k.a. "Cuzo," &
       "Michael Damien Walker,"
D-7   ALVIN DEMMINGS, II,
D-8   BRIAN RONELL GARRETT, a.k.a. "White Boy,"
D-9   JABARI HAYES, a.k.a. "Kenneth Torry Collins,"
D-10  ROBERT SHAWN JAMES, a.k.a. "Wimp,"
D-11  BENJAMIN ANTHONY JOHNSON, a.k.a. "James Lee Belle,"
       "Jeff Wilson," "Marcus Page," "Blanko," & "Blank,"
D-12  CHAUNCEY MARCEL JOHNSON, a.k.a. "C Bear,"
D-13  STANLEY LEON LACKEY, JR., a.k.a. "Lucky," & "Demetres Parks,"
D-14  BRUCE ERNEST MARTIN, a.k.a. "Marcus Moore," & "B-Smooth,"
D-15  CHARLES THEODORE PARSON,
D-16  DERRICK KEITH PEGUESE, JR., a.k.a. "Devin Jackson,"
D-17  RENNEL MAURIS PITTS,
D-18  KARREAM HASAN SHEARD, a.k.a. "Hasan Sheard," & "Phillip Woodson,"
D-19  BENJAMIN HENRY SMITH, a.k.a. "Big Ben,"
D-20  CALVIN LEE SPARKS, a.k.a. "Playboy," "Play," & "Mad Ball,"
D-21  CHRISTOPHER DELON TRIPLETT, a.k.a. "Chris Dodson," "Pig Triplett," & "Pig,"
D-22  TONESA LYNETTE WELCH, a.k.a. "Tonesa Mills," & "Toni,"
D-23  GREGORY RAY WEST, a.k.a. "David Blackmon,"
D-24  HAROLD STANLEY WILCOX, a.k.a. "June," and
D-25  KIM VERNELL WILLIAMS, a.k.a. "Auntie Kim,"

          Defendant(s).

_____/

## ORDER TO SEAL

The Government having moved to seal certain documents filed October 18, 2005, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be sealed and maintained in a safe place and not be opened unless by further Order of this Court.

*[signature]*
HON. MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

DATED: 10/19/05