UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,           CRIMINAL NO. 05-CR-80955-DT

-vs-                           HONORABLE AVERN COHN

TERRY LEE FLENORY, et. al.,

        Defendant(s).
_____/

**FILED**

**OCT 28 2005**

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

## MOTION TO UNSEAL INDICTMENT

THE UNITED STATES OF AMERICA respectfully requests that the indictment in this case be unsealed for the following reasons:

1. That the United States is no longer apprehensive that one or more persons may flee the jurisdiction if they become aware of the indictment which has been returned against them.

2. That the United States is no longer apprehensive that there is danger of harm to potential government witnesses if the defendant becomes aware of the indictment prior to his arrest.

                                              STEPHEN J. MURPHY
                                              United States Attorney

                                              MICHAEL C. LEIBSON, P24092
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, Michigan 48226
                                              (313) 226-9615

DATED: 10/28/05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

TERRY LEE FLENORY, et. al.,

        Defendant(s).
_____/

CRIMINAL NO. 05-CR-80955-DT

HONORABLE AVERN COHN

**FILED**

OCT 28 2005

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

ORDER UNSEALING INDICTMENT

Upon motion of the government, and for the reasons given, IT IS HEREBY ORDERED that the indictment in the above-named matter be unsealed.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Date: 10/28/05